```
 1                 UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF ALASKA

 3   UNITED STATES OF AMERICA,     )  Cases 3:11-cr-00022-01-RJB
                                   )        3:11-cr-00022-02-RJB
 4              Plaintiff,         )        3:11-cr-00022-03-RJB
                                   )
 5       vs.                       )  Anchorage, Alaska
                                   )  Monday, June 18, 2012
 6   FRANCIS SCHAEFFER COX,        )  2:31 o'clock p.m.
     COLEMAN L. BARNEY, and        )
 7   LONNIE G. VERNON,             )
                                   )
 8              Defendants.        )
     _____)  TRIAL BY JURY – DAY 25/VERDICT
 9
                           VOLUME 25
10
                   TRANSCRIPT OF PROCEEDINGS
11
              BEFORE THE HONORABLE ROBERT J. BRYAN
12                 UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   For the Plaintiff:      STEVEN E. SKROCKI
                             YVONNE LAMOUREUX
15                           Assistant U.S. Attorneys
                             Office of the U.S. Attorney
16                           222 West 7th Avenue, #9, Room 253
                             Anchorage, Alaska  99513-7567
17                           (907) 271-5071

18   For the Defendant       NELSON TRAVERSO
     Francis Schaeffer Cox:  Nelson Traverso Law Office
19                           312 5th Avenue
                             Fairbanks, Alaska 99701
20                           (907) 457-3307

21   For the Defendant       TIM DOOLEY
     Coleman L. Barney:      Law Office of Tim Dooley
22                           921 West 6th Avenue, Suite 200
                             Anchorage, Alaska 99501
23                           (907) 279-7329

24

25
```

Case 3:11-cr-00022-RJB  Document 648  Filed 08/13/13  Page 1 of 20

```
 1  APPEARANCES (Continued):

 2  For the Defendant          M.J. HADEN
    Lonnie G. Vernon:          Assistant Defender
 3                             F. RICHARD CURTNER
                               Federal Defender
 4                             Office of the Federal Public Defender
                               601 West 5th Avenue, Suite 800
 5                             Anchorage, Alaska 99501
                               (907) 646-3400
 6
    Court Recorder:            DENALI ELMORE
 7                             U.S. District Court
                               222 West 7th Avenue, #4, Room 229
 8                             Anchorage, Alaska 99513-7564
                               (907) 677-6123
 9
    Transcription Service:     A & T Transcripts
10                             6299 West 111th Avenue
                               Westminster, Colorado 80020
11                             (720) 384-8078

12
    Proceedings recorded by electronic sound recording; transcript
13  produced by transcription service.

14

15

16

17

18

19

20

21

22

23

24

25
```

A & T TRANSCRIPTS
Case 3:11-cr-00022-RJB   Document 648   Filed 08/13/13   Page 2 of 20
(720) 384-8078   attrans@sbcglobal.net

**<u>ANCHORAGE, ALASKA - MONDAY, JUNE 18, 2012</u>**

1

2

3    (Call to Order of the Court at 2:31 p.m.)

4    (Defendants present; jury not present)

5       THE CLERK:  All rise.  His Honor the Court, the United

6 States District Court for the District of Alaska is now in

7 session, the Honorable Robert J. Bryan presiding.

8       THE COURT:  Please be seated.  Well, we got a note that

9 says:  "The jury has become deadlocked on one charge."  I don't

10 know if that means that they have reached a verdict on all

11 other charges or not.  And it appears to me that I should

12 inquire of them as to whether there's a reasonable chance that

13 they could reach a verdict within a reasonable time on all

14 charges.  And I probably should also ask them if they have

15 reached a verdict on the other charges at this point, so we

16 have a basis to determine what our best approach is.

17       I'm not a fan of dynamite charges, and -- but after we

18 talk to the jury we can discuss that as well, depending on

19 their responses to the questions that I'll ask them.  Okay.

20       MS. LAMOUREUX:  Your Honor, the government's preference

21 would be to advise them of an *Allen* charge as set forth in the

22 pattern instruction 7.7, before inquiring of them at all.  We

23 definitely don't want to inquire them as to numbers, where they

24 would stand, or ask them any questions along those lines.  And

25 the concern is that if the parties decided that if an *Allen*

A & T TRANSCRIPTS
(720) 384-8078  attrans@sbcglobal.net
Case 3:11-cr-00022-RJB  Document 648  Filed 08/13/13  Page 3 of 20

1  charge was appropriate after you had inquired of them, then it

2  may have more of a coercive effect than if we just simply

3  instructed them --

4         THE COURT:  Well, I'm not inclined --

5         MS. LAMOUREUX:  -- at this point --

6         THE COURT:  -- to give them an *Allen* charge at all.  I

7  think it's a bad practice in my judgment, and as the committee

8  indicated, the committee recommends caution whether to give a

9  supplemental instruction.  I guess it -- you can usually tell

10 from inquiry whether they should negotiate further or not,

11 whether they should -- so I'm not inclined to do that at this

12 point.  Okay.  Bring the jury in.  We don't have a --

13        THE CLERK:  Nobody over there?

14        THE COURT:  -- bailiff over there.  (Pause) The reason

15 that we have adopted in the Pattern Jury Instruction Committee

16 7.1 and the language it's in was to cover the information in an

17 *Allen* charge in all the instructions, without putting any

18 pressure on them.

19    (Jury present at 2:35 p.m.)

20        THE COURT:  Okay, folks, we have your note that

21 indicates you have become deadlocked on one charge.  Before I

22 ask you any questions, I want to caution you that you should

23 not tell anyone, including me, how the jury stands on any vote,

24 numerically or otherwise, and I would ask that you simply

25 answer the questions that I will ask without saying anything

A & T TRANSCRIPTS
Case 3:11-cr-00022-RJB   Document 648   Filed 08/13/13   Page 4 of 20
(720) 384-8078  attrans@sbcglobal.net

1  further.

2      My first question is who is the foreperson of the jury?

3  Okay, (states name of juror no. 6), my question is to you.  In

4  your opinion, is the jury unable to agree on a verdict as to

5  one or more counts?

6      THE FOREPERSON:  Yes.

7      THE COURT:  And if any of you disagree with (states

8  name of juror no. 6), please tell me now.  Are all of you in

9  agreement with her answer?  Is there -- (states name of juror

10 no. 6), is there a reasonable probability that the jury can

11 reach a unanimous verdict on all charges if you deliberate

12 further?

13     THE FOREPERSON:  No.

14     THE COURT:  And again, if any of you disagree with

15 (states name of juror no. 6)'s answer, please tell me now.  And

16 this note indicated a deadlock on one charge.  Is it only one

17 charge that you're unable to agree on?

18     THE FOREPERSON:  Yes.

19     THE COURT:  All right.  Let me ask you to return to the

20 jury room and continue your deliberations while we discuss your

21 answers.  Thank you

22     (Jury not present at 2:38 p.m.)

23     THE COURT:  Let me hear from the government first.

24     MS. LAMOUREUX:  The government would request at this

25 time that the Court take a partial verdict from the jury.

A & T TRANSCRIPTS
Case 3:11-cr-00022-RJB  Document 648  Filed 08/13/13  Page 5 of 20
(720) 384-8078  attrans@sbcglobal.net

1          THE COURT:  Mr. Traverso?

2          MR. TRAVERSO:  Let me consult with Mr. Cox.

3          THE CLERK:  Microphone, please.

4      (Pause)

5          MR. TRAVERSO:  Your -- maybe -- perhaps you might want

6  to inquire of other --

7          THE COURT:  I'm sorry?

8          MR. TRAVERSO:  Perhaps you might want to inquire of

9  other counsel while Mr. Cox deliberates on this.

10         MR. DOOLEY:  Your Honor, I'd prefer that they reach a

11 verdict, but I guess everybody does.  And I'll take a partial

12 verdict.

13         MS. HADEN:  We'll take a partial verdict, Your Honor.

14     (Pause)

15         MR. TRAVERSO:  It's Mr. Cox's preference that the jury

16 continue to deliber --

17         THE COURT:  I'm sorry, louder, please.

18         MR. TRAVERSO:  It's Mr. Cox's preference that the jury

19 continue to deliberate.

20     (Pause)

21         THE COURT:  Well, it's perhaps an art form to know when

22 a jury is deadlocked.  This jury has been out for, let's see,

23 basically two full days and a little more.  I have commented to

24 people that this jury has been one of the most engaged in a

25 complex trial that I have seen.  They appear to have taken

A & T TRANSCRIPTS
Case 3:11-cr-00022-RJB   Document 648   Filed 08/13/13   Page 6 of 20
(720) 384-8078  attrans@sbcglobal.net

1    their job seriously and worked very hard during the trial, and

2    as early questions from them indicated during deliberations,

3    they worked very hard to understand the instructions and the

4    evidence.  They appeared to me in the answers given in our

5    just -- short court appearance to be pretty firm in their

6    conclusion that further deliberations would not be productive.

7    And they apparently have only one charge that they have not

8    agreed on.

9         I have indicated privately to staff that I -- it would

10   not surprise me if they were hung on some counts, and it

11   appears that that is the case.  So I guess this doesn't come as

12   a big surprise to me in light of the events of the trial.

13        I think the best practice at this point, based on those

14   considerations and what I observed as the jury was responding

15   to my questions, is to accept the verdicts that they have

16   reached and declare a mistrial on whatever it is they can't

17   agree on.  And that's my judgment.  And so I would ask Denali

18   to ask the jury to complete the verdict form insofar as they

19   are able, and let us know when they're ready to return to

20   court, all right?  And we'll be at recess and they tell us

21   they're ready.

22        THE CLERK:  All rise.  This matter stands in recess.

23        (Court recessed at 2:48 p.m., until 3:04 p.m.)

24        (Jury not present)

25        THE CLERK:  All rise.  His Honor the Court, this United

A & T TRANSCRIPTS
Case 3:11-cr-00022-RJB   Document 648   Filed 08/13/13   Page 7 of 20
(720) 384-8078  attrans@sbcglobal.net

1   States District Court is again in session.

2          THE COURT:  Please be seated.  I was going to say one

3   other thing in regard to the decision to take what verdicts

4   they have, and that is that it's in my view very hard on jurors

5   at this stage of the game to be told they haven't done their

6   work and that they should do more.  Bring in the jury, please.

7          I would ask the audience to -- there's a lot of work we

8   have to do yet in taking the verdict, and I would appreciate it

9   if you would not make any outbursts or agreements or

10  disagreements with the verdict.

11     (Jury present at 3:06 p.m.)

12         THE COURT:  All right.  (States name of juror no. 6), I

13  gather that you have reached a verdict on all except for one

14  charge or count.  Is that correct?

15         THE FOREPERSON:  Yes, Your Honor.

16         THE COURT:  And have you filled in the verdict form to

17  reflect the findings of the jury?

18         THE FOREPERSON:  Yes, Your Honor.

19         THE COURT:  Will you hand the verdict form to the

20  bailiff, please?  (Pause) All right.  There are 21 different

21  verdicts here.  And I would ask that you listen carefully.

22  And, ladies and gentlemen, at the conclusion of reading the

23  verdict, I will be polling the jury and ask each of you in turn

24  if these are your verdicts, your individual verdicts, and if

25  they are the verdicts of the jury.

A & T TRANSCRIPTS
(720) 384-8078  attrans@sbcglobal.net
Case 3:11-cr-00022-RJB   Document 648   Filed 08/13/13   Page 8 of 20

1          Paragraph 1.  We, the jury, find the Defendant Francis
2     Schaeffer Cox guilty of conspiracy to possess unregistered
3     silencers and/or destructive devices, as charged in Count 1 of
4     the indictment.

5          Two.  We, the jury, find the Defendant Coleman L.
6     Barney guilty of conspiracy to possess unregistered silencers
7     and/or destructive devices, as charged in Count 1 of the
8     indictment.

9          Three.  We, the jury, find the Defendant Lonnie G.
10    Vernon guilty of conspiracy to possess unregistered silencers
11    and/or destructive devices, as charged in Count 1 of the
12    indictment.

13         Four.  We, the jury, find the Defendant Francis
14    Schaeffer Cox guilty of possession of unregistered destructive
15    devices, that is, a combination of parts either designed or
16    intended for use in converting any device into a destructive
17    device and from which a destructive device may be readily
18    assembled, specifically for hand grenades, as charged in Count
19    2 of the indictment.

20         Five.  We, the jury, find the Defendant Coleman L.
21    Barney not guilty of possession of unregistered destructive
22    devices, that is, a combination of parts either designed or
23    intended for use in converting any device into a destructive
24    device and from which a destructive device may be readily
25    assembled, specifically for hand grenades, as charged in Count

A & T TRANSCRIPTS
Case 3:11-cr-00022-RJB   Document 648   Filed 08/13/13   Page 9 of 20
(720) 384-8078  attrans@sbcglobal.net

1  2 of the indictment.

2          Six.  We, the jury, find the Defendant Francis

3  Schaeffer Cox guilty of possession of an unregistered silencer,

4  as charged in Count 3 of the indictment.

5          Seven.  We, the jury, find the Defendant Francis

6  Schaeffer Cox guilty of possession of an unregistered machine

7  gun, as charged in Count 4 of the indictment.

8          Eight.  We, the jury, find the Defendant Francis

9  Schaeffer Cox guilty of illegal possession of a machine gun, as

10 charged in Count 5 of the indictment.

11         Nine.  We, the jury, find the Defendant Francis

12 Schaeffer Cox guilty of making a silencer, as charged in Count

13 6 of the indictment.

14         Ten.  We, the jury, find the Defendant Francis

15 Schaeffer Cox not guilty of carrying a firearm, that is, a

16 semiautomatic pistol, during and in relation to a crime of

17 violence, that is, the conspiracy charged in Count 1, as

18 charged in Count 7 of the indictment.

19         Eleven.  We, the jury, find the Defendant Coleman L.

20 Barney not guilty of carrying a firearm, that is, one or more

21 semiautomatic pistols, during and in relation to a crime of

22 violence, that is, the conspiracy charged in Count 1, as

23 charged in Count 8 of the indictment.

24         Twelve.  We, the jury, find the Defendant Coleman L.

25 Barney guilty of possession of an unregistered destructive

A & T TRANSCRIPTS
Case 3:11-cr-00022-RJB   Document 648   Filed 08/13/13   Page 10 of 20
(720) 384-8078  attrans@sbcglobal.net

1   device, that is, a 37-millimeter launcher loaded with a

2   hornet's nest antipersonnel round, as charged in Count 9 of the

3   indictment.

4          Thirteen.  We, the jury, find the Defendant Francis

5   Schaeffer Cox guilty of possession of an unregistered

6   destructive device, that is, a hornet's nest antipersonnel

7   round and associated 37-millimeter launcher, as charged in

8   Count 10 of the indictment.

9          Fourteen.  We, the jury, find the Defendant Coleman L.

10  Barney not guilty of possession of an unregistered destructive

11  device, that is, four hornet's nest antipersonnel rounds and

12  two associated 37-millimeter launchers, as charged in Count 11

13  of the indictment.

14         Fifteen.  We, the jury, find the Defendant Francis

15  Schaeffer Cox guilty of conspiracy to murder officers and

16  employees of the United States, as charged in Count 12 of the

17  indictment.

18         Number 16 is left blank, which is the charge against

19  Mr. Barney of conspiracy to murder officers and employees of

20  the United States, as charged in Count 12.

21         Seventeen.  We, the jury, find the Defendant Lonnie G.

22  Vernon guilty of conspiracy to murder officers and employees of

23  the United States, as charged in Count 12 of the indictment.

24         Eighteen.  We, the jury, find the Defendant Coleman L.

25  Barney not guilty of carrying a firearm, that is, a

A & T TRANSCRIPTS
(720) 384-8078  attrans@sbcglobal.net
Case 3:11-cr-00022-RJB   Document 648   Filed 08/13/13   Page 11 of 20

1   semiautomatic assault rifle, during and in relation to a crime

2   of violence, that is, the conspiracy charged in Count 12, as

3   charged in Count 13 of the indictment.

4          Nineteen.  We, the jury, find the Defendant Lonnie G.

5   Vernon not guilty of carrying a firearm, that is, a

6   semiautomatic assault rifle, during and in relation to a crime

7   of violence, that is, the conspiracy charged in Count 12, as

8   charged in Count 14 of the indictment.

9          Twenty.  We, the jury, find the Defendant Francis

10  Schaeffer Cox not guilty of carrying a firearm, that is, a

11  handgun, during and in relation to a crime of violence, that

12  is, the conspiracy charged in Count 12, as charged in Count 15

13  of the indictment.

14         Twenty-one.  We, the jury, find the Defendant Francis

15  Schaeffer Cox guilty of solicitation of others, that is, the

16  Defendants Barney and Vernon and others, to engage in the

17  murder of an officer of the United States, as charged in Count

18  16 of the indictment.

19         It's dated this date and signed by (states name of

20  juror no. 6) as presiding juror.

21         Now I'm going to poll the jury and ask each of you in

22  turn if these are all your verdicts and if they are the

23  verdicts of the jury.

24         THE CLERK:  Use a microphone, please.

25         THE COURT:  Pardon me?

A & T TRANSCRIPTS
(720) 384-8078  attrans@sbcglobal.net
Case 3:11-cr-00022-RJB   Document 648   Filed 08/13/13   Page 12 of 20

1           THE CLERK:  I'm having them use the microphone.  It's

2    going to start with juror number 1, probably.

3           THE COURT:  Okay.  (States name), are these your

4    verdicts?

5           JUROR NO. 1:  Yes, Your Honor, they are.

6           THE COURT:  I'm sorry, I didn't hear you.

7           JUROR NO. 1:  Yes, Your Honor.

8           THE COURT:  And are they the verdicts of the jury?

9           JUROR NO. 1:  Yes, they are.

10          THE COURT:  (States name), are these your verdicts?

11          JUROR NO. 2:  Yes, Your Honor.

12          THE COURT:  Are they the verdicts of the jury?

13          JUROR NO. 2:  Yes, sir.

14          THE COURT:  (States name), are these your verdicts?

15          JUROR NO. 3:  Yes, sir.

16          THE COURT:  Are they the verdicts of the jury?

17          JUROR NO. 3:  Yes, sir.

18          THE COURT:  (States name), are these your verdicts?

19          JUROR NO. 4:  Yes, Your Honor.

20          THE COURT:  Are they the verdicts of the jury?

21          JUROR NO. 4:  Yes, they are, sir.

22          THE COURT:  And (states name), are these your verdicts?

23          JUROR NO. 5:  Yes, Your Honor.

24          THE COURT:  Are they the verdicts of the jury?

25          JUROR NO. 5:  Yes.

A & T TRANSCRIPTS
Case 3:11-cr-00022-RJB   Document 648   Filed 08/13/13   Page 13 of 20
(720) 384-8078  attrans@sbcglobal.net

```
 1              THE COURT:  (States name), are these your verdicts?

 2              JUROR NO. 6:  Yes, Your Honor.

 3              THE COURT:  Are they the verdicts of the jury?

 4              JUROR NO. 6:  Yes, sir.

 5              THE COURT:  (States name), are these your verdicts?

 6              JUROR NO. 7:  Yes, they are, Your Honor.

 7              THE COURT:  Are they the verdicts of the jury?

 8              JUROR NO. 7:  Yes, they are.

 9              THE COURT:  If you'll pass that back to (states name),

10    please.  And (states name), are these your verdicts?

11              JUROR NO. 8:  Yes, they are, Your Honor.

12              THE COURT:  Are they the verdicts of the jury?

13              JUROR NO. 8:  Yes, they are.

14              THE COURT:  (States name), are these your verdicts?

15              JUROR NO. 9:  Yes, they are, Your Honor.

16              THE COURT:  Are they the verdicts of the jury?

17              JUROR NO. 9:  Yes.

18              THE COURT:  (States name), are these your verdicts?

19              JUROR NO. 10:  Yes, Your Honor.

20              THE COURT:  Are they the verdicts of the jury?

21              JUROR NO. 10:  Yes, Your Honor.

22              THE COURT:  (States name), are these your verdicts?

23              JUROR NO. 11:  Yes, Your Honor.

24              THE COURT:  Are they the verdicts of the jury?

25              JUROR NO. 11:  Yes, Your Honor.
```

A & T TRANSCRIPTS
(720) 384-8078  attrans@sbcglobal.net
Case 3:11-cr-00022-RJB   Document 648   Filed 08/13/13   Page 14 of 20

1          THE COURT:  And (states name), are these your verdicts?

2          JUROR NO. 12:  Yes, Your Honor.

3          THE COURT:  Are they the verdicts of the jury?

4          JUROR NO. 12:  Yes.

5          THE COURT:  All right.  It appears that the verdicts

6    are unanimous and the verdict form will be filed.

7          DEFENDANT COX:  The prosecutors withheld evidence from

8    you guys.

9          THE COURT:  You -- Mr. Cox, please.  Now, ladies and

10   gentlemen, there are -- the next stage in this is that I must

11   set a date for sentencing of the defendants and also order a

12   presentence report for each defendant to be submitted to the

13   Court that will advise the Court about the background of the

14   defendants and how the sentencing guidelines apply and will

15   make recommendations to the Court.  And that takes about 90

16   days.  And I will set sentencing for September 14th unless

17   somebody tells me that's an impossible day.  I'll probably be

18   up here anyway on other matters that -- about that time.  So is

19   that agreeable to everybody?  September 14th?  That of course

20   can be changed, should it be necessary for one or more

21   defendants.

22         MS. LAMOUREUX:  That's fine for the government, Your

23   Honor.

24         THE COURT:  Any objection to that?

25         MS. HADEN:  Your Honor, we'll probably file something

A & T TRANSCRIPTS
(720) 384-8078  attrans@sbcglobal.net
Case 3:11-cr-00022-RJB   Document 648   Filed 08/13/13   Page 15 of 20

1   with the Court regarding that date.

2          THE COURT:  Well, I'm going to set that date and order

3   presentence reports at this time for each defendant.  And that

4   also gives ample time for any posttrial matters that may be

5   appropriate.

6          And the -- you can -- if you're interested in the

7   sentencing process, folks, you can inquire of the Clerk's

8   Office if you wish to attend sentencing, to be sure that it

9   will in fact be held on that day.

10         Now, ladies and gentlemen, a couple of things you need

11  to know about.  First, there has been a lot of publicity about

12  this case and a lot of public interest, as the number of

13  spectators in court might indicate.  You are now free of your

14  obligation not to discuss the case with other people.  But --

15         MS. LAMOUREUX:  Your Honor?

16         THE COURT:  -- you're not required to --

17         MS. LAMOUREUX:  I apologize for interrupting.  I --

18  before we discharge the jury, there were seven forfeiture

19  allegations in the indictment.  I didn't know if the Court

20  wanted to inquire --

21         THE COURT:  We dealt with those, it's my understanding

22  as to be not jury issues.

23         MS. LAMOUREUX:  Okay.

24         THE COURT:  And anyway, there is interest in the case.

25  You're free to discuss the case with anyone that wants to talk

A & T TRANSCRIPTS
Case 3:11-cr-00022-RJB   Document 648   Filed 08/13/13   Page 16 of 20
(720) 384-8078  attrans@sbcglobal.net

1   with you about it, but you don't have to.  And if anyone

2   approaches you and asks you -- wants to talk to you about the

3   case, if you are willing, you're free to do that.  If you

4   choose not to, you can just tell them, "I choose not to discuss

5   it."  And move on, and they should not press inquiry.  But

6   members of the press may be interested in talking with you and

7   also counsel may be interested in talking with you about the

8   case.  And you're free to do that if you choose to.

9         Now, you know, folks, I -- I've been at this a long

10  time, as you know.  And I commented to counsel while we were

11  taking care of your earlier response that I do not recall a

12  jury ever in a complicated case like this being as engaged and

13  as involved in paying attention and making notes and trying to

14  understand everything in the evidence as it came in.  And I

15  just have generally the highest regard for American juries, and

16  I want you to know that I think you've just done your duty as

17  you see it and have done it as well as one could hope in coming

18  to conclusions on the issues presented to you.

19        Jury service is one of the highest forms of citizenship

20  duties that we ask of citizens.  And you have served your

21  country well by doing this job over the last many weeks.  So I

22  personally thank you and I know all the lawyers join me in

23  expressing their thanks to you.  And that's about all I've got

24  for you, except to send you home, with our thanks.  You may be

25  excused.

A & T TRANSCRIPTS
Case 3:11-cr-00022-RJB  Document 648  Filed 08/13/13  Page 17 of 20
(720) 384-8078  attrans@sbcglobal.net

1      (Jury not present at 3:21 p.m.)

2           THE COURT:  As to those forfeiture count -- forfeiture

3   allegations or whatever, I understood when we started the case

4   that you had resolved that as to be not a jury issue and we

5   bypassed it throughout the trial.  I don't know what has to be

6   done in that regard now.  I don't know if you have agreed on

7   everything or that should be done by motion, or what.

8           MS. LAMOUREUX:  We'll work with defense counsel and

9   submit -- we'll submit something in writing after we've

10  conferred with defense counsel, Your Honor.

11          THE COURT:  Okay, that's fine.  Okay.  The defendants

12  are remanded to custody, subject to further order.  Should

13  there be any requests in that regard, we'll deal with it.  And

14  thank you --

15          THE CLERK:  Judge --

16          THE COURT:  -- all.

17          THE CLERK:  -- Denali, over here.  What time are we

18  setting those sentencings for on the 14th?

19          THE COURT:  9:30.

20          THE CLERK:  For all three?

21          THE COURT:  Yeah.

22          THE CLERK:  Okay.  Thank you.

23          THE COURT:  At this time, at least.

24          THE CLERK:  Okay.  All rise.  This matter is now

25  adjourned.  This court is adjourned, subject to call.

Case 3:11-cr-00022-RJB   Document 648   Filed 08/13/13   Page 18 of 20

1    (Proceedings concluded at 3:22 p.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

A & T TRANSCRIPTS
Case 3:11-cr-00022-RJB   Document 648   Filed 08/13/13   Page 19 of 20
(720) 384-8078  attrans@sbcglobal.net

1                          CERTIFICATE

2    I certify that the foregoing is a correct transcript from the
     electronic sound recording of the proceedings in the above-
3    entitled matter.

4
        s/Teresa K. Combs                    8/13/13
5    Teresa K. Combs, Transcriber        Date

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

A & T TRANSCRIPTS
Case 3:11-cr-00022-RJB   Document 648   Filed 08/13/13   Page 20 of 20
(720) 384-8078  attrans@sbcglobal.net