UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>LONNIE G. VERNON,<br><br>　　　　Defendant - Appellant. | Nos. 13-30005<br>　　　 13-30006<br><br>D.C. Nos. 3:11-cr-00022-RJB<br>　　　　　　 3:11-cr-00028-RJB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before:　　HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

　　Appellee's motion to dismiss these consolidated appeals based on the appeal waiver is denied without prejudice to renewing the arguments in the answering brief. The answering brief is due 30 days after the date of this order. The optional reply brief is due within 14 days after service of the answering brief.